

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



**FILED**

January 5, 2006

JAN 05 2006

TO: Counsel of Record

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

SUBJECT: **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under Seal*

CIVIL ACTION NO. 99-cv-1087
In Re Hygrade Employment Practices Litigation, et al vs. Hygrade Food Products Corp., et al

### NOTICE

Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s). If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**
Paper No. 40 Filed on December 15, 1999 Report No. 1 of Plaintiff James C. Miller, Plaintiff Ralph Brown, Plaintiff Vincent Gray, Plaintiff Charles Knight, Plaintiff Michael Jones, Plaintiff Harold G. Williams, Plaintiff Hemingway, Plaintiff Barry C. James, Plaintiff Dwayne Jackson of Plffs' counsel time and expenses
Paper No. 49 Filed on April 18, 2000 Statement by Plaintiff James C. Miller, Plaintiff Ralph Brown, Plaintiff Vincent Gray, Plaintiff Charles Knight, Plaintiff Michael Jones, Plaintiff Harold G. Williams, Plaintiff Hemingway, Plaintiff Barry C. James, Plaintiff Dwayne Jackson of Plffs' counsel time and expenses
Paper No. 52 Filed on June 19, 2000 Report No. 3 of Plaintiffs' counsel time and expenses
Paper No. 72 Filed on October 17, 2000 Report No. 4 of Plaintiff James C. Miller, Plaintiff Ralph Brown, Plaintiff Vincent Gray, Plaintiff Charles Knight, Plaintiff Michael Jones, Plaintiff Harold G. Williams, Plaintiff Hemingway, Plaintiff Barry C. James, Plaintiff Dwayne Jackson of Plffs' counsel time and expenses

5-13-06
Pleading Unsealed
Pursuant to LRCP 5.1.5

Paper No. 82   Filed on December 18, 2000   Report No. 5 of Plaintiff James C. Miller, Plaintiff Ralph Brown, Plaintiff Vincent Gray, Plaintiff Charles Knight, Plaintiff Michael Jones, Plaintiff Harold G. Williams, Plaintiff Hemingway, Plaintiff Barry C. James, Plaintiff Dwayne Jackson of Plffs' counsel time and expenses

Paper No. 86   Filed on February 26, 2001   Report No. 6 of Plaintiff James C. Miller, Plaintiff Ralph Brown, Plaintiff Vincent Gray, Plaintiff Charles Knight, Plaintiff Michael Jones, Plaintiff Harold G. Williams, Plaintiff Hemingway, Plaintiff Barry C. James, Plaintiff Dwayne Jackson of Plffs' counsel time and expenses

Paper No. 88   Filed on April 20, 2001   Report No. 7 of Plaintiffs' counsel time and expenses

Paper No. 94   Filed on July 31, 2001   Report No. 8 of Plaintiff's counsel time and expenses

Paper No. 99   Filed on August 28, 2001   Report No. 9 of Plaintiff James C. Miller, Plaintiff Ralph Brown, Plaintiff Vincent Gray, Plaintiff Charles Knight, Plaintiff Michael Jones, Plaintiff Harold G. Williams, Plaintiff Hemingway, Plaintiff Barry C. James, Plaintiff Dwayne Jackson of Plffs' counsel time and expenses

Paper No. 166   Filed on October 29, 2001   Report No. 10 of Plaintiff James C. Miller, Plaintiff Ralph Brown, Plaintiff Vincent Gray, Plaintiff Charles Knight, Plaintiff Michael Jones, Plaintiff Harold G. Williams, Plaintiff Hemingway, Plaintiff Barry C. James, Plaintiff Dwayne Jackson of Plffs' counsel time and expenses

Paper No. 176   Filed on January 30, 2002   Report No. 11 of Plaintiffs' counsel time and expenses

A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Gregg Swierczynski at (267) 299-7022.

Very truly yours,

MICHAEL E. KUNZ
CLERK OF COURT

Gregg Swierczynski
Deputy Clerk

Copies by mail to:

| | | | |
|---|---|---|---|
| Cynthia L. Butler | Frank B. Shuster | Howard A. Rosenthal | Patrick J. Doran |
| R. David Ware | Robert T. Vance | S. Craig Moore | Stephen A. Whinston |
| William A. Blue | Angela Marie Hubbell | | |

Notice L.R. 5.1.5.frm